IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

Sharon Davis,
James Davis                                                                                      **Plaintiffs**

v.                                                                  Civil Action No. 2:13-cv-05943
                                                                           Judge Joseph R. Goodwin

Ethicon, Inc.,
Ethicon, LLC,
Johnson & Johnson                                                            **Defendants**

---

### JOINT MOTION TO DISMISS WITH PREJUDICE

---

Plaintiffs Sharon Davis and James Davis and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear their or its own costs.

Respectfully submitted,

/s Matthew J. Skikos
Matthew J. Skikos
Skikos Crawford Skikos & Joseph
Suite 2830
One Sansome Street
San Francisco, CA 94104
415-546-7300
mskikos@skikoscrawford.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)

GRANTED and SO ORDERED

*Joseph R. Goodwin* (signature)

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

JUN 1 3 2019

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage